

# THE THIRTEENTH COURT OF APPEALS

13-19-00103-CV

Cynthia Boyles, Individually as Wrongful Death Beneficiary of John Boyles, Deceased, and On Behalf of the Estate of John Boyles, Deceased

v.

Cardiology Associates of Corpus Christi and Scott W. McKinstry, M.D.

On Appeal from the
214th District Court of Nueces County, Texas
Trial Cause No. 2018DCV-0772-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and the cause REMANDED to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

April 30, 2020